Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia ▾

Case: 1:25-cv-01363    JURY DEMAND
Assigned To : Unassigned
Assign. Date : 4/28/2025
Description: Pro Se Gen. Civ. (F-DECK)

Derrick Mike Allen;
Allen & Allen Supplies

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

State of North Carolina;
Wake Co. Det. Center; WCPSC;
~~contrast~~ Gov. Josh Steins et. al.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☑Yes ☐No

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Derrick Mike Allen; Allen & Allen Supplies |
| Street Address | Homeless |
| City and County | Homeless |
| State and Zip Code | Washington, DC |
| Telephone Number | No Phone |
| E-mail Address | 78Derrickallen@gmail.com  allenallensupplies7.7@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Wake Co. Det. Center

Job or Title *(if known)* — Governmental Organization

Street Address — 3301 Hammond Road

City and County — Raleigh / Wake

State and Zip Code — North Carolina 27699

Telephone Number — Unknown

E-mail Address *(if known)* — Unknown

Defendant No. 2

Name — Wake Co. Public Safety Center

Job or Title *(if known)* — Governmental Organization

Street Address — 300 S. Salisbury St.

City and County — Raleigh / Wake

State and Zip Code — North Carolina 27699

Telephone Number — Unknown

E-mail Address *(if known)* — Unknown

Defendant No. 3

Name — Former Gov. Roy Cooper

Job or Title *(if known)* — Former Governor

Street Address — 200 N. Blount Street

City and County — Raleigh / Wake

State and Zip Code — North Carolina 27602

Telephone Number — Unknown

E-mail Address *(if known)* — Unknown

Defendant No. 4

Name — Governor Josh Stein

Job or Title *(if known)* — Governor

Street Address — 200 N. Blount Street

City and County — Raleigh / Wake

State and Zip Code — North Carolina

Telephone Number — Unknown

E-mail Address *(if known)* — Unknown

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.    28 USC 1331; 28 USC 1332; 42 USC 1983; INFRINGMENT OF U.S. CONSTITUTION 4TH, 5TH, 6TH, 8TH and 14TH

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* DERRICK MIKE ALLEN , is a citizen of the
State of *(name)* Washington, D.C.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* Allen's Allen Supplies, is incorporated
under the laws of the State of *(name)* NORTH Carolina ,
and has its principal place of business in the State of *(name)*
Washington, D.C.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* JOSH STEIN , is a citizen of
the State of *(name)* NORTH Carolina . Or is a citizen of
*(foreign nation)* N/A

Continuation of Statement of Claim

wledge the Caucasian White-Man First; It's actually First Come First serves.

CHarges that orginated in Durham County under File Nos. 20CRS001373 and 20CRS001530 are now pending in Wake County, File Nos. 22CR001004; 22CR001003-910, (Felony OBstructing Justice; (M) go armed to the terror of the people; (M) Misdemeanor assault By pointing a gun; Failure to appear [F.T.A].

In the matter of OBstructing Justice, the criteria set Forth By North Carolina General Statute 14-223 has not Been met; No officer and/or Public officer has suffered any serious Bodily injury; I have no Recollection of Resisting arrest, I was Booked Downtown Durham [Derrick Micheal Allen].

These Charges were lodged against I while Governor Cooper Held office as the Governor of North Carolina.

The charge of Assault By pointing a gun, the criteria set Forth in N.C.G.S. 14-34 has not been met.

* TURNOVER *

ADA Alex Dismissed the charge of Possession of Firearm by Convicted Felon; and therefore, the State of North Carolina do not have the Evidence for Conviction [Hammond's Hammond (Investigators / Bails bonds Man, Video Footage as Defense];

It appears the beforementioned charges were lodched against I to Hold me Back just like I am Being Held Back from going to Court Here in Wake County.

Each month I get a Court date, I am never escorted to Court, But escorted elsewhere like Medical and Court Transport Show up while I am in Medical.

I Been in this institution 68 Some days and exposed to Criminal gang activity as outlined in N.C.G.S. 14-50.16A, and I am not even in a Gang, but hastily escorted from A Workers Dorm [as a Worker] to Protective Custody where more gangbangers are.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* WCPS/WCDC , is incorporated under

the laws of the State of *(name)* NORTH Carolina , and has its

principal place of business in the State of *(name)* NORTH Carolina .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: THESE CHARGES HAS BEEN Hanging OVER MY HEAD FOR OVER FIVE yRS. and I been at WCPS/WCDC SINCE 02/09/2025 and NO COURT APPEARANCE; HAd COURT TODay 04/17/25, NO SHOW.

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I AM NA' BORN "GOD AllAH! MY GOVERNMENT NAME IS DERRICK Mike Allen; INSOOTH, I AM IMPRISONED AND THE PRESENTMENT, INDICTMENT and/OR WARRANT IS DEFECTIVE. THE AllEDGED CUlPRIT "DERRICK MicheAl Allen" HAS BEEN AttriBuTED INCORRECTlY. FURTHERMORE, It OPPEARS Gll OTHER NationalitieS SUCCUMb TO THE SociaBly accepted STANDARD THAT BEFORE SPEAKING TO ANY Person OR RACE HE [I] MUST FiRST aCKNO

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MONETARY COMPENSATION iN THE AMOUNT OF 750 @@@ QuadTRillion dollaRS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     04/17/2025

Signature of Plaintiff     *Derrick Mike Allen*

Printed Name of Plaintiff     DERRICK MIKE ALLEN

Paralegal TECH/ Spanish
GTCC # 1882615

### B.    For Attorneys

Date of signing:     04/17/2025

Signature of Attorney     PRO'SE Derrick Mike Allen

Printed Name of Attorney     DERRICK MIKE ALLEN

Bar Number     N/A

Name of Law Firm     N/A

Street Address     N/A

State and Zip Code     N/A

Telephone Number     N/A

E-mail Address     N/A

Page 5 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CASE NO

Allen & Allen Supplies (Sole Pro);
Derrick Mike Allen

                    Plaintiff,

RECEIVED
Mail Room

APR 28 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

V.

STATE OF NORTH Carolina; GOVERNOR JOSH
STEIN(s); ATTORNEY GENERAL JEFF Jackson; Robert
Guy; WAKE Co. DISTRICT ATTORNEY OFFICE; CLERK
OF COURT Blair WilliAms; WAKE COUNTY
SHERIFF OFFICE; WAKE COUNTY DETENTION
CENTER; WAKE COUNTY PUBlic SAFETY CENTER;
WAKE COUNTY PUBlic DEFENDER(s) OFFICE;
NORTH Carolina DEPT. OF JUSTICE, NORTH
Carolina DEPT. OF PUBlic SAFETY OFFICE
OF EXECUTIVE CLEMENCY; Raleigh's Police
DEPARTMENT; POLICE OFFICER E.A. RUSSO JR;
OFC. K. Calvin; OFC. K. Higgins; Major RansoM;
Sgt. NEAl; Sgt. Boykin; LT. ANDERSON; LT.
KOOZCEN; Sgt. J. LUMAR; OFC. D. SABBODA;
OFFICER PHILLIPS; OFC. T. SalMINEN; OFC. C.
ORSINC; OFC. AVERY; OFFICER J. PLESCHTER; MEDICAL
LT. COOPER; OFC. C. JEFFERIES; ACEDAMICS ~~~~~~
Laura LOEWE; ~~~~~~; ~~~~~~ et. al. DEFENdants.

@WCDC;

## JURISDICTION

THIS COURT HAS JURISDICTION PURSUANT TO TITLE 28 USC 1332;

## Complaint:

FOR THE Longevity OF 65/68 days PETITIONER HAS BEEN unlawfully detain at either Wake County Detention Center OR Wake County Public SAFETY Center Under an DEFECTIVE PRESENTMENT, WARRANT and/or indictment.

FURTHERMORE, As a means OF ABRIDGING ONE'S FIRST amendment Right insofar as "THE FREEDOM OF SPEECH IS CONCERNED", Detention OFFICER(S) SUCH AS [OFC. K. Calvin] Conscientiously TAKE Hour Walks TO KEEP I [DERRICK Mike Allen] FROM Calling News REPORTERS Such as Kevin KENNEDY (336)339-5413 and Thomasi McDonald (919)673-5036 in THE MATTER OF FILE #'s 22CR001003-910; 22CR001004-910, WHICH WERE TRANSFER FROM Durham Co. Under FILE #'s 20CRS1530 and 20CRS1373. MOREOVER, OFC. K. Calvin perpetually ~~Hara~~ Harrass and SEEK TO RETALIATE agonist I and attempt TO PROVOKE I TO THREATEN HIM, when He Has already SUBMITTED

(2)

AND TO THIS day [04/16/2025] I AM Still on PROTECTIVE Custody and HAVE NOT Seen Sgt. Boykins about Reclassing again.

I would NOT BE DEALING WITH THIS iF [Police] OFC. E.A. RUSSO Jr, did NOT assist BOTH OFc. K. Calvin and OFc. K. Higgins IN SETTING ME UP.

OFc. K. Calvin SHops AT Wal-MART IN BRIER CREEK [I usually SHops at BRIER CREEK USING My EBT CARD and HAVE SEEN THIS OFFICE TWO OR THREE TIMES) and TOO R.J. TABACCO]; OFC. K. Higgins passed ME driving an UNMARK CAR in LOWES Parking lot, Raleigh Police ARRESTED I in Lowes ~~parking lot room address boxes~~ AT BRIER CREEK. And iT appears the OFFICE OF EXECUTIVE CLEMENCY, EMPLOYEES THAT WORK AT WAKE ~~Detention~~ COUNTY DETENTION CENTER and too WAKE COUNTY PUBLIC SAFETY CENTER and TOO OFFICE OF EXECUTIVE CLEMENCY, ARE ATTEMPTING TO FRAME I; ROBERT Guy.

<u>MEDICAl</u>

EMERGENCY Sick CAll, 04/12/2025 I SHOWED Sgt. Boykins TOOTH THAT FEll OUT OF MOUTH; put in 4 SickcAils Since THAN and TOO put iN MEDICAl EMERGENCY on 04/16/2025, and detention OFc. D. JERMAN STOPPED iT, Said HE would TAlK TO THEM AFTER HE EATS.

a complaint with Sgt. Boykins (He's attempting to add icing to the cake) which is cruel and unusual punishment according to the 8th Amendment of the United States Constitution. I would like to know why am I locked back when this Ofc. workers; He shouldn't work this pod.

Insooth, Detention Officer K. Calvin, Ofc. K. Higgin(s); Ofc. D. Sabboda; Ofc. Phillips; Ofc. T. Salminen; Ofc. C. Orsinc; Ofc. C. Jefferies; Ofc. J. Plescher; Ofc. Keaton, have all disregarded my rights and have vied to keep I imprisoned by not assisting with distributing legal mail to the correct person(s), refusing to contact their supervisor(s) and all have refused to wear a mask while passing out food trays.

Furthermore, Sgt. Neal; Sgt. J. Lumar; Sgt. Boykin(s); Lt. Koozcen; Lt. Anderson; Lt. Cooper; and Major Ransom all respond hastily to calls for assistance which results in I [Derrick Mike Allen] being housed as Protective Custody (just to come out his cell and walk as oppose to just a normal hour walk with regular general population jumpsuit);

(3)

WCDS/WCPSC/Wake Co. Sheriff Office

Detainee Has been Confined approx. 65/68 days and deputies and/or Detention Officer(s) Continue to Feebly set I up using Reverse Psychology and gangbangers; Petitioner is too locked up under False Pretense.

N.C. Dept. of Justice; NC Dept. of Public Safety Office of Executive Clemency; Raleigh Police Department; Attorney General Jeff Jackson; Governor Josh Stein:

I HAVE yet To be Released, and governmental agencies as with those listed Above Refuse to Properly train and teach guards to interact with those who Continue To Be Confined Unjustly; I shouldn't Be Set up to Be jumped or Lied on or Be Called a Murderer, when I Haven't Been Convicted of such a Crime. I HAVE A Pending Pardon w/ N.C. Dept. of Public Safety Office of Executive Clemency, in which Laura Loewe works Here (WCDC) and The Mental agony I Endure is Horrible; OFC. K. Calvin Trying to keep I From Regaining Possession of (4) Firearm.

Wake Co. District Attorney Office / Blair Williams / Wake Co. Public Defenders

Petitioner Has Been Confined For Approximately 65/68 days if Not longer and hasn't appeared in any court Since First appearance where counselor was appointed; Never Received an Letter Conveying appointment For Public Defenders office, while at WCDC / WCPSC; No Courtdate Since... - Have Not Received any info. Regarding Lawsuit Filed in Wake Co. Superior Ct.

Raleigh Police Officer E.A. Russo Jr; Raleigh Police Dept.; Ofc. O. Olajide:

I [Derrick Mike Allen] was arrested By Ofc. E.A. Russo Jr, and No Officer Has Attempted To Correct The language For The [FTA] Failure to appear, and Money bags has yet to Returned to I, Red Bull and Receipt. I am still detain 65/68 days after arrest. I am Housed and Surrounded people I would not ordinarily deal with like Homo's. I am not gay but asexual; ~~strikethrough~~ ~~strikethrough~~

04/14/2025 During 2nd Shift Ofc. K. Calvin Rehoused I to H2F0040, in which Classification Sgt. Reclassified I to General Population on 04/12/2025

(5)

## ACADEMICS / LT. COOK

I AM NOT RECEIVING LEGAL CORRESPON-
DANCE(S) and academics usually distribute
legal mail. ONE METHOD USED TO KEEP I
From RECEIVING legal mail is CONSTANTLY
MOVED Around THE INSTITUTION as WITH
OFC. K. Calvin MOVING I FROM H1F009
TO H2F0040.

I AM SUING FOR 9 Quadrillion
dollars or Simply     1.2 Million



Derrick 3Mike Ali
Derrick 3Mike Ali
04/16/2025

Paralegal TECHNOLOGY /
SPanish
Gtcc # 1882615



(7)